2:22-cv-00002-DPM-PSH                12-26-21

Hello My name is Kenneth Wrinkle JR. I'm currently being housed at Arkansas counnty Jail an I'm waiting transport to ADC. I feel like my right's are being vibated. I have black mobl in my cell an in shover's. Here Is also raw sewage coming up in the shover. I been here 5 month's an have not been out for yard call. The food is very small portions an I'm looseing wheight. I hve put in Grivance's about all this an Still nobody has fixed the problem's Please help me do something about this

Signed Kenneth Wrinkle JR

Witness

Spencer Lyle
Torrey Bursey
Christopher Lavender
Robert Beall
Billy D. Burnett
Dylan Mursey
Joseph Huffman Jr
Bobby Daws

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 03 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

This case assigned to District Judge Marshall
and to Magistrate Judge Harris

Kenneth Wrinkle JR #092510
1000 Ricebelt Dr
DeWitt AR, 72042

LITTLE ROCK AR 720
27 DEC 2021 PM 3 L



Legal Mail



United State District court
600 W. Capitol Av
Suite A-149
Little Rock, AR 72201