IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KENNETH WRINKLE, JR.                                              PLAINTIFF
#092510

v.                          No. 2:22-cv-2-DPM

DOE and
ARKANSAS COUNTY DEN CENTER                         DEFENDANT

ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, *Doc. 9*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Wrinkle's amended complaint, *Doc. 8*, will be dismissed without prejudice for failure to state a claim upon which relief may be granted. The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 May 2022