# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

KENNETH WRINKLE, JR.                                    PLAINTIFF
#092510

v.                          No. 2:22-cv-2-DPM

DOE and
ARKANSAS COUNTY DEN CENTER                   DEFENDANT

## JUDGMENT

Wrinkle's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_31 May 2022_